FLORENCE NAZARRO ET AL., RESPONDENTS, v. HUDSON AND MANHATTAN RAILROAD CO., APPELLANT.

Submitted October 25, 1940—Decided January 3, 1941.

For the respondents, *Bernard German.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—None.